AMUSEMENT SECURITIES CORPORATION v. ACADEMY PICTURES DISTRIBUTING CORPORATION and Others, Impleaded with PRODUCERS LABORATORIES, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AMUSEMENT SECURITIES CORPORATION v. ACADEMY PICTURES DISTRIBUTING CORPORATION and Others, Impleaded, etc.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants-appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Proving the Second Codicil to the Last Will and Testament of EDWARD W. BROWNING, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals and for a stay of the trial pending said appeal granted. [See *ante*, p. 712.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE NEW YORK TRUST COMPANY, as Testamentary Trustee under the Last Will and Testament of EDITH NATHALIE SELBIE SCHLEY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

(March 19, 1937.)

EMIL FREY, Appellant, *v.* M. G. M. REALTY Co., INC., Defendant, Impleaded with MANISCHEWITZ BROADWAY CENTRAL HOTEL, INC., Respondent.

PER CURIAM. We are of the opinion that the verdict was properly set aside. While the action was tried and submitted on the theory of negligence, the verdict on that question is against the weight of the credible evidence.

The order appealed from should be affirmed, with costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes to reverse and reinstate the verdict.

O'MALLEY, J. (dissenting). I dissent and vote to reverse the order and reinstate the verdict. The case was tried and submitted to the jury upon the theory of negligence, not upon the theory of assault, which was made the basis of the decision setting aside the verdict.

Order affirmed, with costs and disbursements.

DAIRY SEALED, INC., Appellant, v. PETER G. TEN EYCK, Commissioner of Agriculture and Markets of the State of New York, and KENNETH F. FEE, Director of the Division of Milk Control of the Department of Agriculture and Markets of the State of New York, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.